IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **GEORGE GORDON, et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | 5:01-CV-398 (WDO) |
| | : | |
| **PRICE COMMUNICATIONS** | : | |
| **CORPORATION, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

The Joint Motion to Suspend Discovery is GRANTED.  The Court hereby adopts and incorporates the new deadlines suggested by the parties in their joint motion.

**SO ORDERED this 9th day of February, 2006.**

      **S/**
      **WILBUR D. OWENS, JR.**
      **UNITED STATES DISTRICT JUDGE**